UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JERMAINE E. WINKFIELD,
                Plaintiff,
  -against-                                                11 Civ. 0983 (RA)

                                                                           JUDGE ABRAMS
PARKCHESTER SOUTH CONDOMINIUM,
INC.; INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, LOCAL 808, Defendants.

-----------------------------------------------------------------X


**CERTIFICATE OF SERVICE FOR NOTICE, MOTION AND MEMORANDUM FOR RULE 12(c) JUDGMENT ON THE PLEADINGS**

      I, James F. Wallington, hereby certify, under penalty of perjury, that on October 1, 2012, I have served a true copy of the Notice and Motion, Memorandum of Law referencing Exhibits, for an Order entering judgment against Plaintiff, dismissing the Complaint against Defendant Local 808, International Brotherhood of Teamsters pursuant to Fed. R. Civ. P. Rule 12(c), in the above-referenced action by NEXT DAY EXPRESS DELIVERY, upon Plaintiff, pro se, at the following address:

Jermaine E. Winkfield
1875 Third Ave
Apt# 13D
New York, NY 10029

      Affirmed on this 1st day of October, 2012 at Washington, District of Columbia:

                                              */s/ James F. Wallington*
                                              JAMES F. WALLINGTON
                                              Baptiste & Wilder, P.C.
                                              1150 Connecticut Avenue, N.W., Suite 315
                                              Washington, DC 20036-4104
                                              Tel: (202) 223-0723/Fax: (202) 223-9677
                                              Email: jwallington@bapwild.com

         Attorneys for Defendant International Brotherhood of Teamsters, Local 808